Krsto Mijanovic (Bar No. 205060)
 *kmijanovic@hbblaw.com*
Sinny B Thai (Bar No. 278644)
 *sthai@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> BROAN-NUTONE LLC AND DOES ONE THROUGH TWENTY INCLUSIVE, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL** <br><br> [28 U.S.C. SECTION 1441 - Diversity Jurisdiction] |

TO THE HONORABLE COURT, TO PLAINTIFFS, AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, Defendant, BROAN-NUTONE, LLC ("Defendant"), hereby gives notice of the removal of the action, *Farmers Insurance Exchange vs. Broan-Nutone, LLC, and does 1-20 inclusive*, Case No. 21CV02438, which is currently pending in the Superior Court of California, Butte County, to this United States District Court for the Eastern District of California, Sacramento Division, on the basis of diversity of citizenship.

In support of such removal, Defendant states as follows:

1. On September 29, 2021, Plaintiff Farmers Insurance Exchange ("Plaintiff") filed a Complaint in the Superior Court of California, Butte County under Case No. 21CV02438 (the "State Court Action"). A true and correct copy of the Complaint is attached as **Exhibit A** to the Declaration of Sinny B. Thai filed concurrently herewith. *See* Declaration of Sinny B. Thai, ¶ 2.

2. Defendant Broan-NuTone, LLC first received the Complaint when it was served on October 8, 2021. Declaration of Sinny B. Thai, ¶ 3.

3. Defendant filed and served an Answer to the Complaint in the State Court Action on November 1, 2021, a true and correct copy of which is attached to the Declaration of Sinny B. Thai filed concurrently herewith as **Exhibit B**. *See* Declaration of Sinny B. Thai, ¶ 4. A Notice of Filing of Answer in State Court Action is filed concurrently herewith. *Id.*

4. There are no other pleadings on file in the State Court Action at the time of this Removal. Declaration of Sinny B. Thai, ¶ 4.

5. Pursuant to 28 U.S.C. Section 1332, this Court has original jurisdiction over the Complaint. Specifically, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between … citizens of different States." 28 U.S.C. § 1332(a).

6. In the present matter, complete diversity exists because Plaintiff and the named Defendant whose citizenship is properly considered are citizens of different states.

7. Upon information and belief, including the face of the Complaint, at the time the State Court Action was filed and the present Notice of Removal is filed, Plaintiff Farmers Insurance Exchange, was and is a non-profit association organized under the laws of California with its principal place of business located in California. Declaration of Sinny B. Thai, ¶ 2.

9. At the time the State Court Action was filed and at the time this Notice of Removal is filed, Defendant Broan-NuTone LLC, is a Delaware limited liability company with its principal place of business in Hartford, Wisconsin. See *Johnson v. Columbia*

1 *Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that a limited 2 liability company is a citizen of every state of which its owners/members are citizens). 3 Declaration of Sinny B. Thai, ¶ 5. The sole member of Broan-NuTone, LLC is Nortek, Inc. 4 with 100% ownership interest in Broan-NuTone LLC's business. *Id.* Nortek, Inc. is a 5 Delaware corporation with its principal place of business in Providence, Rhode Island. *Id.* 6 Broan-NuTone LLC is comprised of no other members. See *Hertz Corp. v. Friend*, 559 7 U.S. 77, 92-93 (2010) (defining a corporation's principal place of business as the 8 corporation's "nerve center"—the place "where the corporation's officers direct, control 9 and coordinate the corporation's activities."). Thus, Broan NuTone LLC is a citizen of 10 Delaware and Rhode Island.

11       10.    Plaintiff's Complaint names as Defendants Does 1-20. Defendant is 12 informed and believes, and on that basis alleges, that none of these fictitiously named 13 defendants have been served with a copy of the Complaint or Summons. *See* Declaration 14 of Sinny B. Thai, ¶ 6. Thus, these fictitiously named defendants are not parties to this 15 action. For purposes of removal, "the citizenship of defendants sued under fictitious 16 names shall be disregarded." 28 U.S.C. §1441(b)(1).

17       11.    The amount in controversy in this matter exceeds the statutory threshold of 18 $75,000, exclusive of interest and costs. Declaration of Sinny B. Thai, ¶ 7. The amount in 19 controversy for jurisdictional purposes is determined by the amount of damages or the 20 value of the property that is the subject of the action. *Hunt v. Washington State Apple* 21 *Advertising Comm'n*, 432 U.S. 333, 347-48 (1977); *Meisel v. Allstate Indem. Co.*, 357 F. 22 Supp. 2d 1222, 1225 (E.D. Cal. 2005). Here, Plaintiff has alleged that the amount in 23 dispute exceeds the statutory threshold of $75,000 insofar as Plaintiff is demanding 24 damages in the amount of $186,020.26. *See* Declaration of Sinny B. Thai.

25       12.    Therefore, because there is complete diversity between Plaintiff and 26 Defendant, and the amount in controversy exceeds the jurisdictional threshold required 27 pursuant to §1332, diversity jurisdiction exists in this action.

28

1  13. This is a case of a wholly civil nature brought in California State Court.
2 Pursuant to 28 U.S.C. §1441(a), this civil action may be removed by Defendant to this
3 Court.  Plaintiff filed the State Court Action in the Superior Court of California, County of
4 Butte, and therefore, the United States District Court for the Eastern District of California,
5 Sacramento Division is the appropriate venue for removal of the State Court Action as it is
6 the "district and division embracing the place where such action is pending." *See* 28
7 U.S.C. §§1441(a), 1391(a).

8  14. Based on the foregoing, this Court has original jurisdiction over the
9 Complaint, and removal to this Court from the Superior Court of California, Butte County,
10 is proper pursuant to 28 U.S.C. Sections 1332 and 1441, respectively.

11  15. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed
12 within thirty days after receiving a paper from which it can be ascertained that the case is
13 removable.

14  16. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly provide written
15 notice of removal of this action to Plaintiff, and will promptly file a copy of this Notice of
16 Removal with the Clerk of the Superior Court of California, Butte County.

17  17. All Defendants who, upon information and belief, have been served and
18 whose citizenship is properly considered have filed this Notice of Removal or consent to
19 removal of this action.  *See* Declaration of Sinny B. Thai, ¶ 6 and 8.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  WHEREFORE, Defendant, Broan-NuTone, LLC, respectfully requests that this
2 Court assume jurisdiction over this action in accordance with 28 U.S.C. §§1332, 1441, and
3 1446.

4 Dated:  November 2, 2021                HAIGHT BROWN & BONESTEEL LLP

By:     /s/ Sinny B. Thai
       Krsto Mijanovic
       Sinny B Thai
       Attorneys for Defendant BROAN-NUTONE LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Farmers Insurance Exchange v. Broan-NuTone, LLC*
Case No. 21CV02438

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On November 3, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Michael R. Audley, Esq.
> AUDLEY & AUDLEY
> 80 El Camino Real
> Berkeley, CA 94705
>
> Attorneys for Plaintiff
> Tel:   501-548-4740
> Fax:   224-649-7426
> Email: audleylaw@gmail.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 3, 2021, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　/s/ Julie C. Mentesana
　　　　　　　　　　　　　　　　　　Julie C. Mentesana