Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Sinny B Thai (Bar No. 278644)
  sthai@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Case No. |
| Plaintiff, | **DECLARATION OF SINNY B. THAI IN SUPPORT OF NOTICE OF REMOVAL** |
| v. | |
| BROAN-NUTONE LLC, AND DOES ONE THROUGH TWENTY INCLUSIVE, | |
| Defendants. | |

## DECLARATION OF SINNY B THAI

I, Sinny B Thai, declare as follows:

1. I am an attorney at the law firm of Haight Brown & Bonesteel LLP counsel of record for Defendant BROAN-NUTONE, LLC in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Declaration Of Sinny B. Thai In Support Of Notice Of Removal.

2. On September 29, 2021, Plaintiff Farmers Insurance Exchange filed a Complaint in Butte County Superior Court under Farmers Insurance Exchange vs. Broan-Nutone, LLC, and does 1-20 inclusive, Case No. 21CV02438 (the "State Court Action"). Based on the face of the Complaint, at the time the State Court Action was filed and the present Notice of Removal is filed, Plaintiff Farmers Insurance Exchange, was and is a non-profit association organized under the laws of California with its principal place of business located in California. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

3. Defendant Broan-NuTone LLC first received the Complaint when it was served on October 8, 2021.

4. Defendant filed an Answer to the Complaint in the State Court Action on November 1, 2021, a true and correct copy of which is attached hereto as Exhibit B. There are no other pleadings on file in the State Court Action at the time of this Removal.

5. I am informed and believe that at the time this Notice of Removal is filed, Defendant Broan-NuTone LLC, is a Delaware limited liability company with its principal place of business in Hartford, Wisconsin. The sole member of Broan-NuTone, LLC is Nortek, Inc. with 100% ownership interest in Broan-NuTone LLC's business. Nortek, Inc. is a Delaware corporation with its principal place of business in Providence, Rhode Island. Broan-NuTone LLC is comprised of no other members. Thus, Broan NuTone LLC is a citizen of Delaware and Rhode Island.

6. Plaintiff's Complaint names as Defendants Does 1 to 20. I am informed and believe that none of these fictitiously named Defendants have been served with a copy of the Complaint or Summons.

7. Upon review of the document provided by Plaintiff, I am informed and believe that the amount in controversy in this matter is in excess of $75,000.

8. Sole Defendant Broan-NuTone LLC, who, upon information and belief, has been served and whose citizenship is properly considered has filed this Notice of Removal or consent to removal of this action.

Executed on this 2nd day of November, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Sinny B. Thai
Sinny B Thai

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Farmers Insurance Exchange v. Broan-NuTone, LLC*
Case No. 21CV02438

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On November 3, 2021, I served true copies of the following document(s) described as **DECLARATION OF SINNY B. THAI IN SUPPORT OF NOTICE OF REMOVAL** on the interested parties in this action as follows:

Michael R. Audley, Esq.
AUDLEY & AUDLEY
80 El Camino Real
Berkeley, CA 94705

Attorneys for Plaintiff
Tel:   501-548-4740
Fax:   224-649-7426
Email: audlevlaw@gmail.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 3, 2021, at Los Angeles, California.

/s/ Julie C. Mentesana
Julie C. Mentesana