# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BROAN-NUTONE LLC, and DOES One Through Twenty, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
FARMERS INSURANCE EXCHANGE,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
Superior Court of California
County of Butte
9/29/2021
Sharif Elmallah, Clerk
By _____ Deputy
Electronically FILED

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* BUTTE SUPERIOR
1775 Concord Ave
Chico, CA 95928

**CASE NUMBER:**
*(Número del Caso):* 21CV02438

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael R Audley, Esq  AUDLEY & AUDLEY  80 El Camino Real, Berkeley, CA 94705  510.548.4740

DATE: 9/29/2021    Sharif Elmallah    Clerk, by _____, Deputy
*(Fecha)*                            *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
www.accesslaw.com

Michael R Audley, Esq #131700
AUDLEY & AUDLEY
80 El Camino Real
Berkeley, CA 94705
510.548.4740
"c.hou.340"

F I L E D
Superior Court of California
County of Butte
9/29/2021
Sharif Elmallah, Clerk
By Miguel Alcantar, Deputy
Electronically FILED

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF BUTTE

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE LLC, AND DOES ONE THROUGH TWENTY, INCLUSIVE,<br><br>Defendants. | UNLIMITED JURISDICTION CASE<br><br>Case No.: 21CV02438<br><br>COMPLAINT FOR DAMAGES |

GENERAL ALLEGATIONS

1. Plaintiff is a corporation licensed and properly doing business in the State of California.

2. Defendant BROAN-NUTONE LLC, was, and at all times relevant remains, a limited liability company properly doing business in the State of California.

3. Defendant BROAN-NUTONE LLC (hereinafter "Broan") designed, inspected, tested, manufactured and sold a NuTone Ceiling Fan (hereinafter the "Product.") The Product was installed at the residential property owned by Oliver Houghton and Amanda McInturf (hereinafter "Plaintiff's Insured") located at 17 Rogers Ridge Court, Oroville, CA (hereinafter

COMPLAINT FOR DAMAGES - 1

"The Subject Property") on August 29, 2019. On August 29, 2019 the Product failed and caused the Ceiling Fan assembly to overheat. This overheating ignited the wood framing surrounding the Product, which then spread into the attic area, causing substantial damage to the Subject Property and rendering it uninhabitable. Plaintiff is informed, believes and thereon alleges that this Product failure was the result of both a design defect in the Ceiling Fan assembly and a manufacturing defect in the Product. Plaintiff paid $186,020.26 to remedy the damage caused by the fire in the Subject Property. The fire was caused solely by the substandard and defective Product sold by defendant.

4. Plaintiff's Insured was insured for property damage and loss of use coverage by plaintiff, at all times relevant herein. As a result of such insurance coverage, plaintiff paid on behalf of its Insured the amounts necessary and reasonable to remedy the fire damage to the Subject Property: $186,020.26. In return for such payment, plaintiff was contractually and equitably subrogated to and expressly assigned its Insured's rights to seek recovery from the responsible parties, defendants. Plaintiff asserts that right to subrogation in this action against defendants.

5. At all times mentioned herein, defendants, and each of them, were the owners, directors, agents and/or employees of each of the remaining defendants, and were at all times acting within the purpose and scope of said agency and employment, and each defendant has ratified and approved the acts of his agent.

### FIRST CAUSE OF ACTION
(Negligence)

AS TO ALL DEFENDANTS:

6. Plaintiff refers to, realleges and incorporates by reference the allegations of paragraphs one through five of the General Allegations, as though set forth in full.

COMPLAINT FOR DAMAGES - 2

7. Defendants, and each of them, owed a duty to Plaintiff's Insured, to provide a safe, adequate and defect-free Product, and to protect the Subject Property from loss resulting from defendant's acts and/or omissions with regard to the Product affecting the Subject Property.

8. Defendants, and each of them, breached that duty to provide a safe, adequate and defect-free Product by failing to prudently and reasonably perform the acts and/or omissions which they were obligated to perform as a matter of contract, law and course.

9. As a direct and proximate result of defendants' failure to act prudently and reasonably in the performance of their duties, the damage described above and resulting loss in question occurred.

10. The loss in question caused injuries to plaintiff totaling $186,020.26.

## SECOND CAUSE OF ACTION
(Trespass)

AS TO ALL DEFENDANTS:

11. Plaintiff refers to, realleges and incorporates by reference the allegations of paragraphs one through five of the General Allegations, as though set forth in full.

12. Defendants, and each them, wrongfully caused, or allowed, their Product to damage the Subject Property, by causing it to catch fire, through no fault of Plaintiff or its Insured.

13. As a proximate result of the defendants' trespasses, plaintiff suffered injuries amounting to $186,020.26.

## THIRD CAUSE OF ACTION
(Product Liability)

AS TO ALL DEFENDANTS:

14. Plaintiff refers to, realleges and incorporates by reference the allegations of paragraphs one through five of the General Allegations, as though set forth in full.

COMPLAINT FOR DAMAGES - 3

15. Defendants, and each of them, designed, manufactured, inspected, tested, marketed, and/or sold The Product, which contained defects that would cause it to fail. These defects caused The Product in question to not perform as safely as an ordinary consumer would have expected it to perform and it differed from other typical units. Those defects existed when the Product was sold by each defendant and made it dangerous and unsafe.

16. Defendants, and each of them, failed to warn Plaintiff's Insured regarding the dangerous and unsafe conditions in The Product, or to remedy those dangerous and unsafe conditions.

17. The Product was dangerous and unsafe when it left defendant's possession.

18. Plaintiff's Insured's injuries caused by the dangerous and unsafe Product, were reasonably foreseeable to the defendant.

19. As a proximate result of the dangerous and unsafe condition of The Product, Plaintiff's Insured suffered injuries amounting to $186,020.26.

## FOURTH CAUSE OF ACTION
(Breach of Implied Warranty)

AS TO ALL DEFENDANTS:

20. Plaintiff refers to, realleges and incorporates by reference the allegations of paragraphs one through five of the General Allegations, as though set forth in full.

21. Defendants, and each of them, impliedly warranted the Product to be free of defects and safe to use for its intended purpose.

22. The Product was defective and unsafe to use for its intended purpose.

23. As a direct and proximate result of the defective and unsafe condition of Defendant's Product plaintiff was injured in the amount of $186,020.26.

///

COMPLAINT FOR DAMAGES - 4

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

1. For damages in the amount of $186,020.26;

2. For interest on the amount owed from 10/1/19;

3. For costs of suit incurred herein;

4. For such other and further relief as the Court may deem just and proper.

DATED: September 27, 2021

AUDLEY & AUDLEY

*/s/ Michael R Audley*

Michael R Audley, Esq