Michael R Audley, Esq #131700
AUDLEY & AUDLEY
80 El Camino Real
Berkeley, CA 94705
510.548.4740
Audleylaw@gmail.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE LLC AND DOES ONE THROUGH TWENTY, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:21- cv-02027-WBS-DMC<br><br>ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff FARMERS INSURANCE EXCHANGE and defendant BROAN-NUTONE LLC (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

　　The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

　　Dated: November 28, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 1